UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                                        SCHEDULING ORDER

                                                                        06-CR-6233L

                          v.

WILEY McCLOUD,

                              Defendant.
_____

      United States Magistrate Judge Marian W. Payson issued a Report and Recommendation on August 16, 2007 (Dkt. #36), granting in part and denying in part defendant's motions to suppress. On October 30, 2007, the defendant filed Objections (Dkt. #39) to that Report and Recommendation.

      To assist the Court, I ask the Government to respond to the defendant's objections on or before November 30, 2007.

      IT IS SO ORDERED.

                                                       _____
                                                           DAVID G. LARIMER
                                                      United States District Judge

Dated: Rochester, New York
       November 7, 2007.